## CIRCUIT COURT OF THE CITY OF SUFFOLK

Joyce McCray and
Clarissa B. Goodman,
Co-Administrators
of the Estate of
Olivia Harvey Wynn,
Deceased

v.

Arthur Chambers,
Annette Louise Clark,
Louise Obici Memorial Hospital and
Emergency Physicians of Tidewater

August 7, 1992

Case No. (Law) CL92–4

BY JUDGE WESTBROOK J. PARKER

I have carefully reviewed the motions and associated memoranda filed herein as well as the transcript of the proceedings of June 30, 1992. More specifically, I have carefully reviewed the statutes involved, Virginia Code §§ 8.01–244(B) and 8.01–581.9.

The defendants have claimed that these two statutes are in conflict and have cited several cases, including a similar case from the Circuit Court of the City of Hampton. A close reading of the statutes does not reveal any sort of conflict between the statutes. The wording of § 8.01–581.9 is clear in that it extends the statute of limitations by 120 days and that is what happened in this case. The statute has been extended, and I am therefore overruling the defendants' special plea of the statute of limitations. Any other reading of the statutes would be to overlook the extension provisions and would cause a result clearly not intended by the legislature.

As to the motions for sanctions, I am overruling those motions at this point. This court does not intend to help counsel conduct discovery, and I expect everyone to cooperate in a professional manner. If either party has a legitimate objection to discovery and the attorneys cannot work it out, I will intervene. Otherwise, you must cooperate.

If Mr. Smith will prepare the order overruling the defendants' special plea of the statute of limitations, I shall enter the order.